# EXHIBIT B

**FILED**

NOV 2 0 2018

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.

WILLIAM LOREN HOFFMAN, III,

Defendant.

Criminal No.    3:18-CR- 61

Violations:    18 U.S.C. § 922(d)
18 U.S.C. § 922(m)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(3)(B)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Sale to a Prohibited Person)

On or about October 18, 2017 in Berkeley County, within the Northern District of West Virginia, defendant **WILLIAM LOREN HOFFMAN, III**, knowingly sold a firearm, that is a Hi-Point rifle, Model 4595, .45 ACP caliber, to a person known to the grand jury, knowing and having reasonable cause to believe that the person known to the grand jury had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT TWO

(Making False Entry in Records by Federal Firearms Dealer)

On or about October 18, 2017 in Berkeley County, within the Northern District of West Virginia, defendant **WILLIAM LOREN HOFFMAN, III**, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in, made a false entry in, and failed to maintain a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

## COUNT THREE

(Sale to a Prohibited Person)

On or about October 24, 2017 in Berkeley County, within the Northern District of West Virginia, defendant **WILLIAM LOREN HOFFMAN, III**, knowingly sold a firearm, that is a Springfield pistol Model XD-9, 9mm caliber, to a person known to the grand jury, knowing and having reasonable cause to believe that the person known to the grand jury had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d) and 924(a)(2).

## COUNT FOUR

(Making False Entry in Records by Federal Firearms Dealer)

On or about October 24, 2017 in Berkeley County, within the Northern District of West Virginia, defendant **WILLIAM LOREN HOFFMAN, III**, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entry in, made a false entry in, and failed to maintain a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code; in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY

Lara K. Omps-Botteicher
Assistant United States Attorney