GOVERNMENT EXHIBIT 2

| | |
|---|---|
| **From:** | David Frazier |
| **To:** | Fronczak, Michael F. |
| **Subject:** | Re: Hearing Brochure |
| **Date:** | Thursday, February 14, 2019 3:32:01 PM |
| **Attachments:** | image001.png |

Good afternoon Mike, I would like to request a hearing on the status of my federal firearms license. Please call my cell or text if there any questions, 304-676-2611. Thanks, Dave!!

> On February 14, 2019 at 9:52 AM "Fronczak, Michael F." <Michael.F.Fronczak@usdoj.gov> wrote:
>
> Mr. Frazier,
>
> Please send me a request for a hearing via email upon receiving this message.
> Thank you
>
> Michael F. Fronczak
>
> Director, Industry Operations
>
> Bureau of Alcohol, Tobacco, Firearms & Explosives
>
> Baltimore & Washington Field Divisions
>
> 202-648-7177 (Washington FD)
>
> 443-965-2011 (Baltimore FD)
>
> 443-250-0365 (cell)



PROTECTING THE PUBLIC
SERVING OUR NATION