

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Washington Field Division*

www.atf.gov

March 25, 2019

David Frazier II
Frazier's Pawn Shop
922 N. Queen Street
Martinsburg, WV 25404

RE: FFL # 4-55-003-02-8H-01768

Dear Mr. Frazier:

This letter is in response to your request for a hearing regarding the Notice to Deny Application for License, ATF Form 4498, issued on January 29, 2019. This confirms that a hearing date has been scheduled for Thursday, May 9, 2019, at 10:00AM. The hearing location will be 40 Compass Pointe, Martinsburg, WV 25404.

If you have questions concerning the hearing, please do not hesitate to contact me at (202) 648-7177.

Sincerely yours,

Michael F. Fronczak
Director, Industry Operations
Washington Field Division

Enclosure

Cc: Division Counsel
    Area Supervisor, Falls Church III Field Office

## NOTICE OF HEARING – DENIAL OF APPLICATION FOR LICENSE

| | |
|---|---|
| UNITED STATES OF AMERICA | * DOCKET NO. |
| | * |
| IN THE MATTER OF THE NOTICE TO | * |
| DENY APPLICATION FOR LICENSE | * WASHINGTON FIELD DIVISION |
| ISSUED TO: | * |
| | * |
| David Frazier II | * DEPARTMENT OF JUSTICE |
| 922 N. Queen Street | * BUREAU OF ALCOHOL, |
| Martinsburg, West Virginia 25404 | * TOBACCO, FIREARMS AND |
| | * EXPLOSIVES |

### NOTICE OF HEARING

On January 29, 2019, a Notice to Deny Application for License, ATF Form 4498, was issued to David Frazier II, 922 N. Queen Street, Martinsburg, West Virginia 25404.

By email dated February 14, 2019, David Frazier II, owner of Frazier's Pawn Shop, requested a hearing on the notice denying the license by and through David Frazier II.

Therefore, notice is given that a hearing in the matter will be conducted in accordance with 27 CFR Part 478, Subpart E, before Michael F. Fronczak, Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, at 10:00 A.M., on Thursday, May 9, 2019, at 40 Compass Pointe, Martinsburg, WV 25404. As provided in 27 CFR § 478.76, the applicant may be represented at the hearing.

Issued at Washington, DC this 25th day of March, 2019.

You may bring witnesses with you and/or documentary evidence that you wish to have considered in support of your position. Prior to the hearing, please mark and number each piece of evidence as "Applicant's Exhibit # __" and bring three (3) copies of each exhibit; one for yourself, one for the Government attorney and one for the hearing officer.

This hearing will be informal in nature and will be conducted under the provisions of Section 923(f)(2) of Title 18, United States Code and Section 478.74 of Title 27 of the Code of Federal Regulations. ATF Attorney Michael Boyer, Washington Division Counsel, will represent the government. The proceedings will be recorded by a court reporter. Videotaping of the hearing by either party will not be allowed.

MICHAEL F. FRONCZAK
DIRECTOR, INDUSTRY OPERATIONS, WASHINGTON FIELD DIVISION
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES