U.S. Department of Justice

Bureau of Alcohol, Tobacco,
Firearms and Explosives

Washington Field Division

www.atf.gov

April 23, 2019

David Frazier II
Frazier's Pawn Shop
922 N. Queen Street
Martinsburg, WV 25404

RE: FFL #4-55-003-02-8H-01768

Dear Mr. Frazier:

This letter is to inform you that the hearing regarding the Notice to Deny Application for License, ATF Form 4498, issued on January 29, 2019 has been delayed and rescheduled for convenience of the government. Enclosed you will find a Notice of Hearing-Change setting the new date, time and location of the hearing. Unless we hear otherwise from you, the hearing will proceed as scheduled, with or without you.

If you have questions concerning the hearing, please do not hesitate to contact me directly at (202) 648-7177.

Michael F. Fronczak
Director, Industry Operations
Washington Field Division

Enclosure

Cc: Division Counsel
    Area Supervisor, Falls Church III Field Office

| | |
|---|---|
| UNITED STATES OF AMERICA | * DOCKET NO. |
| | * |
| IN THE MATTER OF THE NOTICE TO | * |
| DENY APPLICATION FOR LICENSE | * WASHINGTON FIELD DIVISION |
| ISSUED TO: | * |
| | * DEPARTMENT OF JUSTICE |
| David Frazier II | * BUREAU OF ALCOHOL, |
| 922 N. Queen Street | * TOBACCO, FIREARMS AND |
| Martinsburg, West Virginia 25404 | * EXPLOSIVES |

<u>NOTICE OF HEARING-CHANGE</u>

On January 29, 2019, a Notice to Deny Application for License, ATF Form 4498, was issued to David Frazier II, 922 N. Queen Street, Martinsburg, West Virginia 25404.

By email dated February 14, 2019, David Frazier II, owner of Frazier's Pawn Shop, requested a hearing on the notice to deny the license. The hearing was initially scheduled for May 9, 2019, and a notice was subsequently issued on March 25, 2019. However, the hearing has since been delayed and rescheduled for convenience of the government.

Therefore, notice is hereby given the government has not withdrawn its notice to deny the license and a hearing in the matter will be conducted in accordance with 27 CFR Part 478, Subpart E, before Michael Fronczak, Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives. **<u>The hearing is now scheduled for 10:00 A.M., on Wednesday, August 21, 2019, at 40 Compass Pointe, Martinsburg, WV 25404</u>**. As provided in 27 CFR § 478.76, the applicant may be represented at the hearing.

Issued at Washington, D.C. this 23rd day of August 2019.

As previously indicated, you may bring witnesses with you and/or documentary evidence that you wish to have considered in support of your position. Prior to the hearing, please mark and number each piece of evidence as "Applicant's Exhibit #__" and bring three (3) copies of each exhibit; one for yourself, one for the Government attorney and one for the hearing officer.

Additionally, this hearing will be informal in nature and will be conducted under the provisions of Section 923(f)(2) of Title 18, United States Code and Section 478.74 of Title 27 of the Code of Federal Regulations. Michael Boyer, Division Counsel, and Jeffrey Cohen, Associate Chief Counsel, will represent the government. The proceedings will be recorded by a court reporter. Videotaping of the hearing by either party will not be allowed.

MICHAEL F. FRONCZAK
DIRECTOR, INDUSTRY OPERATIONS, WASHINGTON FIELD DIVISION
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES