## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Martin, Brian & Frazier, David | 768075-2009-0216 |

| Topic | 27 CFR | Page Number |
|---|---|---|
| **1 DEFINITIONS** | | |
| Ammunition | 478.11 | 36 |
| Antique Firearms | 478.11 | 36 |
| Curios and Relics | 478.11 | 36 |
| Engaged in the Business | 478.11 | 37 |
| Firearm Frame or Receiver | 478.11 | 37 |
| Identification Document | 478.11 | 38 |
| Short Barreled Rifles & Shotguns | 478.11 | 40 |
| **2 MISCELLANEOUS PROVISIONS** | | |
| Right of Entry and Examination | 478.23 | 41 |
| "Straw" Purchase | 478.128 & General Infor. # 15 | 69 & 166 |
| Tracing Request from ATF | 478.25a | 42 |
| Compliance with State Law Publication ATF P 5300.5 | 478.24 | 41 |
| Firearm Transportation | 478.38 | 45 |
| Reporting Thefts or Losses ATF F 3310.11 ** | 478.39a | 45 |
| **3 LICENSES** | | |
| Correction of Error | 478.48 | 49 |
| Renewal Duration | 478.45 & 478.49 | 48 & 49 |
| Premises Covered | 478.50 | 49 |
| Reporting Changes of Address ATF F 5300.38 | 478.52 | 49 |
| Reporting Changes in Trade Name | 478.53 | 49 |
| Reporting Changes of Control | 478.54 | 49 |
| Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **4. CONDUCT OF BUSINESS** | | |
| Posting of License | 478.91 | 51 |
| Sales or Deliveries Between Licensees | 478.94 & 478.95 | 53 |
| Gun Show Guidelines ** | 478.100 | 55 |
| Out of State and Mail Order Sales | 478.96 | 53 |
| Prohibited Sales and Deliveries | 478.99 | 54-55 |
| NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| Obliterated Serial Number | 478.34 | 44 |
| Youth Handgun Safety Act (YHSA)-Sales of Handguns | 18 U.S.C. 922(x) | 15-16 |
| Youth Handgun Safety Act Poster and Notices | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| Secure Gun Storage or Safety Device | 921(a)(34), 922(z) & 923(d)(1)(G) | 8 & 16-18 |
| Non-resident Aliens | 478.29a & ATF Rul. 2004-1 | 43 & 144-145 |
| Sales to Law Enforcement Officers | 478.134 | 70-71 |
| **5 REQUIRED RECORDS** | | |
| Retention of Records | 478.129 | 69-70 |
| Transaction Record ATF F 4473 ** | 478.124 | 64-66 |
| Acquisition and Disposition Record | 478.125(e) | 67 |
| Report of Multiple Handgun Sales ATF F 3310.4 ** | 478.126a | 69 |
| Personal Firearms | 478.125a | 68 |
| Consignment of Firearms (Also, see Q&A section F15) | 478.124(a) | 64 & 183 |
| **6 STATE LAWS AND LOCAL ORDINANCES** | | |
| Review of basic concepts including licenses, waiting periods, concealed carry permits | | |

** Provide copy of form and explain requirements to complete.

Page 1 of 2

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Martin, Brian & Frazier, David | 768075-2009-0216 |

| Topic | | 27 CFR | Page Number |
|---|---|---|---|
| 7 GUNSMITH ACTIVITIES | N/A ☑ | | |
| ☐ Gunsmithing (Also, see Q&A section II) | | 478.124(a) | 64 & 185 |
| ☐ Gunsmith Recordkeeping | | 478.124(a) & .125(e), ATF Rul 77-1 | 64, 67 & 126 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 8 NFA DEALER | N/A ☑ | | |
| ☐ Authorized Operations | | ATF Ruling 76-22 | 126 |
| ☐ General Information | | Q&A - M11 & M12 | 188 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ NFA Firearms | | Part 479 | 80-98 |
| 9 IMPORTER | N/A ☑ | | |
| ☐ Importer Definition | | 478.11 | 38 |
| ☐ ATF Forms 6 and 6A ** | | 478.112 | 58-59 |
| ☐ Importation Acquisition & Disposition Record | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ Markings | | TD ATF-461, 478.92 & 479.102 | 51-52 & 92-93 |
| ☐ NFA Firearms | | 479.111 - 479.113 | 94-95 |
| ☐ Firearm & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| 10 EXPORTATION | | | |
| ☐ Arms Export Control Act of 1976 | N/A ☑ | Part 447 | 99-101 |
| 11 FIREARMS & AMMUNITION MANUFACTURERS | N/A ☑ | | |
| ☐ Manufacturer Definition | | 478.11 and 479.11 | 38 & 83 |
| ☐ Markings | | TD ATF-461 & 478.92 | 51-52 |
| ☐ Records | | 478.123 & 478.125(i) | 64 & 68 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | Part 53 | 1-877-882-3277 |
| ☐ NFA Firearms | | 479.103 | 93 |
| ☐ Special Occupational Tax ** | | 479.32 - 479.37 | 85-87 |
| ☐ Annual Firearms Manufacturing & Exportation Report | | Part 53 | ATF F 5300.11 |
| 12 SCHOOL ZONE | N/A ☑ | | |

☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license permit options, the use of lockable containers, etc.)

** Provide copy of form and explain requirements to complete.

The investigator explained the above information to me on 6·30·09 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____  6·30·09        _____  6/30/09
Applicant's Licensee's Signature and Date              ATF Investigator Signature and Date

ATF Website: www.atf.gov
Area Office Phone: _____

Tracing Center      Reporting Thefts
1-800-788-7133     1-888-930-9275

Revised 11·07·05                    Page 2 of 2                    1-800-800-3855

US00000024