GOVERNMENT EXHIBIT _____ 8 _____

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| FRAZIER, David, Milton II | 768075-2010-0144 |

| Topic | 27 CFR | Page Number |
|---|---|---|
| 1. DEFINITIONS | | |
| Ammunition | 478.11 | 36 |
| Antique Firearms | 478.11 | 36 |
| Curios and Relics | 478.11 | 36 |
| Engaged in the Business | 478.11 | 37 |
| Firearm Frame or Receiver | 478.11 | 37 |
| Identification Document | 478.11 | 38 |
| Short Barreled Rifles & Shotguns | 478.11 | 40 |
| 2. MISCELLANEOUS PROVISIONS | | |
| Right of Entry and Examination | 478.23 | 41 |
| "Straw" Purchase | 478.128 & General Infor. # 15 | 69 & 166 |
| Tracing Request from ATF | 478.25a | 42 |
| Compliance with State Law Publication/ATF P 5300.5 | 478.24 | 41 |
| Firearm Transportation | 478.38 | 45 |
| Reporting Thefts or Losses/ATF F 3310.11 ** | 478.39a | 45 |
| 3. LICENSES | | |
| Correction of Error | 478.48 | 49 |
| Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| Premises Covered | 478.50 | 49 |
| Reporting Changes of Address/ATF F 5300.38 | 478.52 | 49 |
| Reporting Changes in Trade Name | 478.53 | 49 |
| Reporting Changes of Control | 478.54 | 49 |
| Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| 4. CONDUCT OF BUSINESS | | |
| Posting of License | 478.91 | 51 |
| Sales or Deliveries Between Licensees | 478.94 & 478.95 | 53 |
| Gun Show Guidelines ** | 478.100 | 55 |
| Out of State and Mail Order Sales | 478.96 | 53 |
| Prohibited Sales and Deliveries | 478.99 | 54-55 |
| NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| Obliterated Serial Number | 478.34 | 44 |
| Youth Handgun Safety Act (YHSA)-Sales of Handguns | 18 U.S.C. 922(x) | 15-16 |
| Youth Handgun Safety Act Poster and Notices | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| Secure Gun Storage or Safety Device | 921(a)(34), 922(z) & 923(d)(1)(G) | 8 & 16-18 |
| Non-resident Aliens | 478.29a & ATF Rul. 2004-1 | 43 & 144-145 |
| Sales to Law Enforcement Officers | 478.134 | 70-71 |
| 5. REQUIRED RECORDS | | |
| Retention of Records | 478.129 | 69-70 |
| Transaction Record/ATF F 4473 ** | 478.124 | 64-66 |
| Acquisition and Disposition Record | 478.125(e) | 67 |
| Report of Multiple Handgun Sales/ATF F 3310.4 ** | 478.126a | 69 |
| Personal Firearms | 478.125a | 68 |
| Consignment of Firearms (Also, see Q&A section F15) | 478.124(a) | 64 & 183 |

6. STATE LAWS AND LOCAL ORDINANCES

Review of basic concepts including licenses, waiting periods, concealed carry permits.

** Provide copy of form and explain requirements to complete.

Page 1 of 2

US00000025

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4 (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| FRAZIER, David, Milton II | 768075-2010-0144 |

| Topic | | | 27 CFR | Page Number |
|---|---|---|---|---|
| 7. GUNSMITH ACTIVITIES | N/A ✓ | | | |
| ☐ Gunsmithing (Also, see Q&A section I) | | | 478.124(a) | 64 & 185 |
| ☐ Gunsmith Recordkeeping | | 478.124(a) & .125(e), ATF Rul. 77-1 | | 64, 67 & 126 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| 8. NFA DEALER | N/A ✓ | | | |
| ☐ Authorized Operations | | | ATF Ruling 76-22 | 126 |
| ☐ General Information | | | Q&A -- M11 & M12 | 188 |
| ☐ Special Occupational Tax ** | | | 479.32 - 479.37 | 85-87 |
| ☐ NFA Firearms | | | Part 479 | 80-98 |
| 9. IMPORTER | N/A ✓ | | | |
| ☐ Importer Definition | | | 478.11 | 38 |
| ☐ ATF Forms 6 and 6A ** | | | 478.112 | 58-59 |
| ☐ Importation Acquisition & Disposition Record | | | 478.122 & 478.125(i) | 63-64 & 68 |
| ☐ Markings | | TD ATF-461, 478.92 & 479.102 | | 51-52 & 92-93 |
| ☐ NFA Firearms | | | 479.111 - 479.113 | 94-95 |
| ☐ Firearm & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| 10 EXPORTATION | | | | |
| ☐ Arms Export Control Act of 1976 | N/A ✓ | | Part 447 | 99-101 |
| 11. FIREARMS & AMMUNITION MANUFACTURERS | N/A ✓ | | | |
| ☐ Manufacturer Definition | | | 478.11 and 479.11 | 38 & 83 |
| ☐ Markings | | | TD ATF-461 & 478.92 | 51-52 |
| ☐ Records | | | 478.123 & 478.125(i) | 64 & 68 |
| ☐ Firearms & Ammunition Excise Tax - Contact TTB | | | Part 53 | 1-877-882-3277 |
| ☐ NFA Firearms | | | 479.103 | 93 |
| ☐ Special Occupational Tax ** | | | 479.32 - 479.37 | 85-87 |
| ☐ Annual Firearms Manufacturing & Exportation Report | | | Part 53 | ATF F 5300.11 |

12. SCHOOL ZONE      N/A ✓

☐ If the FFL's premises fall within 1000 feet of a school zone, advise the FFL that firearms in possession
of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is
on a motor vehicle. Also, advise of the specific means the FFL can ensure that their customers are not
in violation of 18 U.S.C. 922(q) (e.g. advise customer of State license/permit options, the use of lockable
containers, etc.).

** Provide copy of form and explain requirements to complete.

The investigator explained the above information to me on $\underline{5/7/10}$ and answered my questions regarding this
information. I have received a copy of this for my records as a reference. I understand that this is only a general
overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations
governing my licensed firearms business.

_____  5-7-10        _Katherine H. Lang_ 5/7/10

Applicant's/Licensee's Signature and Date        ATF Investigator Signature and Date

**ATF Website: www.atf.gov**
Area Office Phone: _____

*Revised 11/07/08*

Tracing Center      Reporting Thefts
1-800-788-7133      1-888-930-9275
                      1-800-800-3855

US00000026