## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: Frazier, David | UI Number: |
|---|---|

| TOPIC | 27 CFR | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| Acquisition and Disposition Record | 478.125(e) & ATF Ruling 2008-2 | 67 |
| Transaction Record/ATF F 4473** | 478.124 | 64-66 |
| Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 69 |
| Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 45 |
| Retention of Records | 478.129 | 69-70 |
| **2. CONDUCT OF BUSINESS** | | |
| NICS Requirements | 478.102 & 478.131 | 55-56 & 70 |
| Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 8 & 16-18 |
| Child Safety Lock Act | 18 U.S.C. 922(Z) | 16-17 |
| Sales or Deliveries between Licensees | 478.94 & 478.95 | 53 |
| FFL EZ Check | www.atfonline.gov/fflezcheck | |
| Gun Show Guidelines** | 478.100 | 55 |
| Out of State/Mail Order and Internet Sales | 478.96 | 53 |
| Prohibited Sales and Deliveries | 478.99 | 54-55 |
| Sales to Law Enforcement Officers | 478.134 | 70-71 |
| Sales to Resident/Non-resident Aliens/ATF P 5300.18** | General Info. # 5 | 157 |
| Youth Handgun Safety Act (YHSA)-Sales of handguns | 18 U.S.C. 922(x) | 15-16 |
| Youth Handgun Safety Act Poster and Notices** | 18 U.S.C. 922(x) & 478.103 | 15-16 & 56-57 |
| Obliterated Serial Number | 478.34 | 44 |
| **3. LICENSES** | | |
| Correction of Error | 478.48 | 49 |
| Posting of License | 478.91 | 51 |
| Renewal/Duration | 478.45 & 478.49 | 48 & 49 |
| Premises Covered | 478.50 | 49 |
| Reporting Changes of Address / ATF F 5300.38** | 478.52 | 49 |
| Reporting Changes in Trade Name | 478.53 | 49 |
| Reporting Changes of Control | 478.54 | 49 |
| Discontinuance of Business | 478.57 & 478.127 | 50 & 69 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| Right of Entry and Examination | 478.23 | 41 |
| Tracing Request from ATF | 478.25a | 42 |
| "Straw" Purchase | 478.128 & General Info. # 15 | 69 & 166 |
| Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 41-42 |
| Consignment of Firearms | 478.124(a), Q&A section F15, | 64 & 183-184 |
| Personal Firearms / ATF P 3312.8** | 478.125a | 68 |
| Firearm Transportation | 478.38 | 45 |
| **5. DEFINITIONS** | | |
| Engaged in the Business | 478.11 | 37 |
| Firearm Frame or Receiver | 478.11 | 37 |
| Identification Document | 478.11 | 38 |
| Curios or Relics / ATF P 5300.11** | 478.11 | 36-37 |
| Antique Firearm | 478.11 | 36 |
| Short Barreled Rifle & Shotgun | 478.11 | 40 |
| Ammunition | 478.11 | 36 |
| **6. STATE LAWS AND LOCAL ORDINANCES** | | |
| Review of basic concepts including licenses, waiting periods, concealed carry permits. | | |
| **7. GUNSMITH ACTIVITIES** N/A [X] | | |
| Gunsmithing | 478.124(a), Q&A section I | 64 & 185 |
| Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 64, 67 & 126 |
| Return of Repaired Firearm | 478.124(a), Q&A section I | 64 & 185 |
| Firearms & Ammunition Excise Tax - Contact TTB | www.ttb.gov/firearms | 877-882-3277 |

** Provide a copy of the form and explain the requirements to completing the form.

Page 1 of 2

US00000027

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| Frazier, David | |

| | TOPIC | | 27 CFR | Page Number |
|---|---|---|---|---|
| 8. | **FIREARMS & AMMUNITION MANUFACTURERS** | N/A ☒ | | |
| | Manufacturer Definition | | 478.11 and 479.11 | 38 & 83 |
| | Markings | | 478.92 & 479.102 | 51-53 & 92-93 |
| | Records | | 478.123 and 478.125(i) | 64 & 68 |
| | Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | | |
| | Firearms & Ammunition Excise Tax-Contact TTB | | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | | 479.103 | 93 |
| | Special Occupational Tax / ATF F5630.7** | | 479.32-479.37 | 85-87 |
| 9. | **NFA DEALER** | N/A ☒ | | |
| | Authorized Operations | | ATF Ruling 76-22 | 126 |
| | NFA Firearms | | Part 479 | 80-98 |
| | General Information / ATF P 5320.8** | | Q&A section M11 & M12 | 188 |
| | Forms used to transfer NFA items | | NFA Forms 1,2,3,4 & 5** | |
| | Special Occupational Tax / ATF F5330.20** | | 479.32-479.37 | 85-87 |
| 10. | **IMPORTER** | N/A ☒ | | |
| | Importer Definition | | 478.11 | 38 |
| | Importation Acquisition & Disposition Record | | 478.122 and 478.125(i) | 63-64 & 68 |
| | Markings | | 478.92 & 479.102 | 51-53 & 92-93 |
| | ATF Forms 6 and 6A** | | 478.112 | 58-59 |
| | Firearm & Ammunition Excise Tax-Contact TTB | | www.ttb.gov/firearms | 877-882-3277 |
| | NFA Firearms | | 479.111-479.113 | 94-96 |
| 11. | **EXPORTATION** | N/A ☒ | | |
| | Arms Export Control Act of 1976 | | Part 447 | 99-101 |
| 12. | **SCHOOL ZONE** | N/A ☒ | ATF P 5310.15** | |
| | ☐ If the FFL's premises falls within 1000 feet of a school zone, advise the FFL that firearms in possession of FFL's customers must be unloaded and placed in a locked container, or a locked firearms rack that is on a motor vehicle. Also, advise the FFL of specific means that they may use to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, advise the customer of State permits/license options or the use of lockable containers. | | | |
| 13. | **GENERAL QUESTIONS AND ANSWERS** ☒ | | | 170-202 |

Investigator ___Eileen J. Valls, IOI___ explained this information to me on __3/14/12__ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____ 3-14-12           _____ 3/14/12
Applicant's/Licensee's Signature and Date        ATF Investigator Signature and Date

**ATF Website:** www.atf.gov
**ATF Office Contact #:** (     )

**Additional ATF Publications****
ATF P 3317.2 - Safety Security Information for Federal Firearms Licensees
ATF P 5300.15 - Federal Firearms Licensee Quick Reference and Best Practices Guide

*Revised 09/01/10*

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| **REPORTING THEFTS** | 888-930-9275 |
| | 800-800-3855 |

** Provide a copy of the form and explain the requirements to completing the form.          Page 2 of 2

US00000028