## Acknowledgement of Federal Fire[...]

Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| David Milton Frazier II dba Fraziers Pawn Shop | 768075-2014-0212 |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| Acquisition and Disposition Record | 478.125(e) | 66 |
| Computerized Acquisition and Disposition Record | ATF Ruling 2013-5 | |
| Transaction Record/ATF F 4473** | 478.124 | 63-65 |
| Identification Document | 478.11 | 37 |
| Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 68 |
| Report of Multiple Rifle Sales/ATF F 3310.12** **(CA, AZ, NM, and TX FFLs ONLY)** | 923(g)(5)(A) & Demand Letter 3 | 18 |
| Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 44 |
| Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| Firearm Frame or Receiver | 478.11 | 36 |
| NICS Requirements | 478.102 & 478.131 | 54-55 & 69 |
| Secure Gun Storage or Safety Device | www.fbi.gov/hq/cjisd/nics/index.htm | |
| Child Safety Lock Act | 921(a), 922(z), & 923(d)(1)(G) | 4 & 15-16 |
| Sales or Deliveries between Licensees | 18 U.S.C. 922(z) | 15-16 |
| FFL EZ Check | 478.94 & 478.95 | 52 |
| Gun Show Guidelines** | www.atfonline.gov/fflezcheck | |
| Out of State/Mail Order and Internet Sales | 478.100 | 54 |
| Prohibited Sales and Deliveries | 478.96 | 52 |
| Ammunition - Age Requirements for Handgun Ammunition | 478.99 | 53-54 |
| Sales to Law Enforcement Officers | 478.99(b)(1) | 53 |
| Youth Handgun Safety Act- Sales of Handguns / Poster and Notices* | 478.134 | 69-70 |
| Obliterated Serial Number | 478.103 | 55-56 |
| Short Barreled Rifle & Shotgun | 478.34 | 43 |
| | 478.11 | 39 |
| **3. LICENSES** | | |
| Engaged in the Business | | |
| Correction of Error | 478.11 | 36 |
| Posting of License | 478.48 | 48 |
| Renewal/Duration | 478.91 | 50 |
| Premises Covered | 478.45 & 478.49 | 47 & 48 |
| Reporting Changes of Address / ATF F 5300.38** | 478.50 | 48 |
| Reporting Changes in Trade Name | 478.52 | 48 |
| Reporting Changes of Control | 478.53 | 48 |
| Discontinuance of Business | 478.54 | 48 |
| **4. MISCELLANEOUS PROVISIONS** | 478.57 & 478.127 | 49 & 68 |
| Right of Entry and Examination | | |
| Tracing Request from ATF | | |
| "Straw" Purchase | 478.23 | 40 |
| Curios or Relics / ATF P 5300.11** | 478.25a | 41 |
| Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.128 & General Info. # 15 | 68 & 165 |
| Compliance with State Law Publication / ATF P 5300.5** | 478.11 | 35 |
| Consignment of Firearms | 478.11 & General Info. # 8(C) | 35-36 & 161 |
| Personal Firearms / ATF P 3312.8** | 478.24 | 40-41 |
| Firearm Transportation | 478.124(a), Q&A Section F15, 478.125a | 63 & 182-183 |
| | 478.38 | 67 |
| | | 44 |
| **5. STATE LAWS AND LOCAL ORDINANCES** Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6. GUNSMITH ACTIVITIES** N/A ☒ | | |
| Gunsmithing Definition | 478.11 - Engaged in the business (d) | |
| Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 36 |
| Return of Repaired Firearm | 478.124(a), Q&A Section I | 63,66 & 125-126 |
| Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 63 & 184 |
| | | 877-882-3277 |

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| David Milton Frazier II dba Fraziers Pawn Shop | 768075-2014-0212 |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| 7. **FIREARMS & AMMUNITION MANUFACTURERS** | N/A [X] | |
|     Manufacturer Definition | 478.11 and 479.11 | 37 & 82 |
|     Markings | 478.92, 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 91-92 |
|     Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63 & 184 |
|     Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
|     Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
|     NFA Firearms | 479.103 | 92 |
|     Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| 8. **NFA DEALER** | N/A [X] | |
|     Authorized Operations | ATF Ruling 76-22 | 125 |
|     NFA Firearms | Part 479 | 79-97 |
|     General Information / ATF P 5320.8** | Q&A Section M | 186-189 |
|     Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
|     Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| 9. **IMPORTER** | N/A [X] | |
|     Importer Definition | 478.11 | 37 |
|     Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 & 67 |
|     Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50-51, 59 & 91-92 |
|     ATF Forms 6 and 6A** | 478.112 | 57-58 |
|     Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
|     NFA Firearms | 479.111-479.113 | 93-95 |
| 10. **EXPORTATION** | N/A [X] | |
|     Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 98-100 |
| 11. **SCHOOL ZONE** | N/A [X] | ATF P 5310.1** |

    If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone".

12. **GENERAL QUESTIONS AND ANSWERS**     169-201

Investigator _____Eileen J. Valls, IOI_____ explained this information to me on __11/4/14__ and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____[signature]_____ 11-4-14
Applicant's/Licensee's Signature and Date

_____[signature]_____ 11/4/14
ATF Investigator Signature and Date

**ATF Office Contact #:** (           )
**ATF Website:** www.atf.gov

REPORTING THEFTS:    888-930-9275
                                 800-800-3855

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-870-7526 |

*Revised 5/15/2014*

---

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.     Page 2 of 2