Licensee Name: David Milton Frazier II           FFL Number: 4-55-003-02-01768
UI Number: 768075-2014-0212                      IO Investigator: Eileen Valls

## Documents Provided to and Reviewed with the FFL

- [x] ATF F 4473, Over-the-Counter Firearms Transaction Record
- [x] ATF F 3310.4, Report of Multiple Sales of Pistols and Revolvers
- [x] ATF F 3310.11, FFL Theft/Loss Report
- [x] ATF F 3310.6, Interstate Firearms Shipment Theft/Loss Report
- [x] ATF I 5300.23A, Notice to Dealers at Gun Shows
- [x] ATF I 5300.1, Youth Handgun Safety Act Poster
- [x] ATF I 5300.2, Youth Handgun Safety Act Notice
- [x] ATF P 5300.11, Firearms Curios or Relics List
- [x] ATF P 5300.14, Federal Firearms Licensee Quick Reference and Best Practices Guide
- [x] ATF Ruling 2013-5, Computerized Acquisition and Disposition Records
- [x] ATF Ruling 2008-3, Electronic Version of ATF Form 4473
- [x] Listing of ATF and other Federal Contacts and Phone Numbers
- [x] ATF P 5320.6, National Firearms Act Branch
- [x] FFL Regulations Overview and Receipt Certification **(required)**
- [x] ATF P 3312.8, Personal Firearms Record
- [x] ATF P 3317.2, Safety and Security Information for Federal Firearms Licensees
- [x] ATF P 5310.1, Gun Free School Zone Notice
- [x] ATF P 3312.10, National Tracing Center Division Information for Industry Members
- [x] ATF P 3317.7, Disaster Preparedness for Federal Firearms Licensees
- [x] ATF P 5300.21, Best Practices: Transfers of Firearms by Private Sellers
- [x] ATF P 5300.4, Federal Firearms Regulations Reference Guide (2005)

*I have received the items indicated above.*

_____          11-4-14
*Industry Member Signature*                Date