Applicant's Exhibit #1

PAGE: 1 of 1

**FRAZIER'S PAWN SHOP**
922 N. QUEEN ST
MARTINSBURG, WV 25401
(304) 263-8511

Customer #:22301001
MELVIN ARLEN MORRIS
Redacted
BERKELY SPRINGS, WV 25411
(304) 258-9102
ID: WV Driver's License C670056

Sex: M
Race: WHITE
Height:
Weight:
Hair:
Eyes: Redacted

#: 122373
08/14/2019
12:07:00 PM
EMP: CM

| ITEM | DESCRIPTION: You are giving a security interest in the below described merchandise. | DUE DATE Purchased | AMOUNT |
|---|---|---|---|
| RIFLE | RIFLE FIREARM MARLIN 25M, #H6708815, 22 W. M. R., BOLT; W SCOPE W 1 MAG. | Purchased | $100.00 |
| RIFLE | RIFLE FIREARM REMINGTON 514, #LD26, 22 SL/LR, BOLT | | $35.00 |
| RIFLE | RIFLE FIREARM REMINGTON TARGETMASTER 510, #N/A...., 22 SL/LR, BOLT | | $35.00 |

See your contract document for any additional information concerning non-payment, default, and prepayment refunds or penalties.

**PAYMENT SCHEDULE:** Total of Payments is due on Due Date shown above.

**PREPAYMENT:** If you pay off early, you will not be entitled to a refund of part of the finance charge.

**AMOUNT FINANCED.** The amount of cash given directly to you.

**FINANCE CHARGE.** The dollar amount the credit will cost you.

**TOTAL OF PAYMENTS.** Amount required to redeem pawn on Due Date.

**ANNUAL PERCENTAGE RATE.** The cost of your credit as a yearly rate.

I, the undersigned, have carefully read the terms and conditions on the front and back of this agreement and agree to them.
**NOTICE: See Reverse Side**

X _____
Pledgor's Signature

_____
Redemption Signature

**Firearms Disposition for dates:**
08/16/2019 to 08/16/2019

FRAZIER'S PAWN SHOP
922 N. QUEEN ST
MARTINSBURG, WV 25401
(304) 263-8511

**Date:** 08/17/2019 09:49:52 AM

| Type | Brand | Caliber | Action | Model |
|---|---|---|---|---|
| G-120149-1 PISTOL | Serial: HRH0746 SMITH & WESSON | Firearms Log Page: 1500 - 5  9 MM | SEMI-AUTOMATIC | Disposed: 08/16/2019  M&P9 |
| G-122218-1 RIFLE | Serial: M4-0010067 AERO PRECISION | Firearms Log Page: 1558 - 4  5.56 MM | SEMI-AUTOMATIC | Disposed: 08/16/2019  M4E1 |
| G-122404-1 RIFLE | Serial: BA261641 MOSSBERG | Firearms Log Page: 1563 - 1  Acquired: 08/16/2019  270 WIN | BOLT | 100 ATR |
| G-122407-1 PISTOL | Serial: TLZ58827 TAURUS | Firearms Log Page: 1563 - 2  Acquired: 08/16/2019  9 MM | SEMI-AUTOMATIC | G2c |
| G-I-639 REVOLVER | Serial: 92964 IVER JOHNSON | Firearms Log Page: 1562 - 5  Acquired: 08/16/2019  38 S&W | REVOLVER | SAFETY HAMMERLESS AT |

**Totals for** 08/16/2019 to 08/16/2019

| | | | |
|---|---|---|---|
| Acquired Short Barrel | 2 | Disposed Short Barrel | 1 |
| Acquired Long Barrel | 1 | Disposed Long Barrel | 1 |
| **Total Acquired** | **3** | **Total Disposed** | **2** |

| Firearm Condition = "NEW" | | Firearm Condition = "USED" | |
|---|---|---|---|
| Acquired Short Barrel  1 | Disposed Short Barrel  0 | Acquired Short Barrel  1 | Disposed Short Barrel  1 |
| Acquired Long Barrel  0 | Disposed Long Barrel  0 | Acquired Long Barrel  1 | Disposed Long Barrel  1 |
| **Total Acquired  1** | **Total Disposed  0** | **Total Acquired  2** | **Total Disposed  2** |

End of Report

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Firearms Transaction Record**

OMB No. 1140-0020

✓ ✓

| | |
|---|---|
| **WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. 921 et. seq., are punishable by up to 10 years imprisonment and/or up to a $250,000 fine. | Transferor's/Seller's Transaction Serial Number *(If any)* |
| Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises *("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located)* unless the transaction qualifies under 18 U.S.C. 922(c). All entries must be handwritten in ink. **"PLEASE PRINT."** | 7000 |

**Section A - Must Be Completed Personally By Transferee/Buyer**

1. Transferee's/Buyer's Full Name *(If legal name contains an initial only, record "IO" after the initial. If no middle initial or name, record "NMN".)*

Last Name *(Including suffix (e.g., Jr; Sr; II, III))*: Brown
First Name: Antoine
Middle Name: Paul

2. Current State of Residence and Address (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)
Number and Street Address: West Virginia [Redacted]
City: Martinsburg
County: Berkeley
State: WV
ZIP Code: 25401

3. Place of Birth
U.S. City and State: Cheverly, Maryland -OR- Foreign Country: 

4. Height: Ft. 5 In. 9
5. Weight (Lbs.): 145
6. Sex: ✓ Male / ☐ Female
7. Birth Date: Month [Redacted] Day [Redacted] Year [Redacted]

8. Social Security Number *(Optional, but will help prevent misidentification)*: [Redacted]
9. Unique Personal Identification Number *(UPIN)* if applicable *(See Instructions for Question 9.)*

10.a. Ethnicity: ☐ Hispanic or Latino ✓ Not Hispanic or Latino

10.b. Race *(In addition to ethnicity, select one or more race in 10.b. Both 10.a. and 10.b. must be answered.)*
☐ American Indian or Alaska Native ✓ Black or African American ☐ White
☐ Asian ☐ Native Hawaiian or Other Pacific Islander

11. Answer the following questions by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you. *Exception: If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. (See Instructions for Question 11.a.)* | ✓ | |
| b. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | | ✓ |
| c. Have you ever been convicted in any court of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | | ✓ |
| d. Are you a fugitive from justice? *(See Instructions for Question 11.d.)* | | ✓ |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning: The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside.** | | ✓ |
| f. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | | ✓ |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | | ✓ |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | | ✓ |
| i. Have you ever been **convicted** in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | | ✓ |

12.a. Country of Citizenship: *(Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)*
✓ United States of America *(U.S.A)* ☐ Other Country/Countries *(Specify)*:

| | Yes | No |
|---|---|---|
| 12.b. Have you ever renounced your United States citizenship? | | ✓ |
| 12.c. Are you an alien **illegally** or **unlawfully** in the United States? | | ✓ |
| 12.d.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 12.d.)* | | ✓ |
| 12.d.2. If "yes", do you fall within any of the exceptions stated in the instructions? | ✓ N/A | |

13. If you are an alien, record your U.S.-Issued Alien or Admission number *(AR#, USCIS#, or I94#)*:

Previous Editions Are Obsolete
Page 1 of 6

**Transferee/Buyer Continue to Next Page**
**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised October 2016

US00000376

I certify that my answers in Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.i and/or 12.b. through 12.c. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12.d.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 12.d.2. and provides the documentation required in 18.c. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of Federal law. *(See Instructions for Question 14.)*

| 14. Transferee's/Buyer's Signature | 15. Certification Date |
|---|---|
| *[signature]* | 7-23-2019 |

### Section B - Must Be Completed By Transferor/Seller

16. Type of firearm(s) to be transferred *(check or mark all that apply)*:

[X] Handgun  [ ] Long Gun *(rifles or shotguns)*  [ ] Other Firearm *(frame, receiver, etc. See Instructions for Question 16.)*

17. If transfer is at a qualifying gun show or event:
Name of Function: _____
City, State: _____

18.a. Identification *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification.)* *(See Instructions for Question 18.a.)*

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification *(if any)* | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| WVDL | F787374 | 09 | 04 | 2023 |

18.b. Supplemental Government Issued Documentation *(if identification document does not show current residence address)* *(See Instructions for Question 18.b.)*

18.c. Exception to the Nonimmigrant Alien Prohibition: If the transferee/buyer answered "YES" to 12.d.2. the transferor/seller must record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473. *(See Instructions for Question 18.c.)*

### Questions 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s) *(See Instructions for Questions 19, 20 and 21.)*

19.a. Date the transferee's/buyer's identifying information in Section A was transmitted to NICS or the appropriate State agency:

| Month | Day | Year |
|---|---|---|
| 07 | 23 | 2019 |

19.b. The NICS or State transaction number *(if provided)* was:

1Ø125DDCØ

19.c. The response initially (first) provided by NICS or the appropriate State agency was:

[ ] Proceed
[X] Delayed *[The firearm(s) may be transferred on 7/27 if State law permits (optional)]*
[ ] Denied
[ ] Cancelled

19.d. The following response(s) was/were later received from NICS or the appropriate State agency:

[X] Proceed  07/26/19 *(date)*  [ ] Overturned
[ ] Denied  _____ *(date)*
[ ] Cancelled  _____ *(date)*  Karen
[ ] No response was provided within 3 business days.  KL648855

19.e. *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on: _____ *(date)*.  [ ] Proceed  [ ] Denied  [ ] Cancelled

19.f. The name and Brady identification number of the NICS examiner. *(Optional)*

Chris *(name)*  2358 *(number)*

19.g. Name of FFL Employee Completing NICS check. *(Optional)*

20. [ ] No NICS check was required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application. *(See Instructions for Question 20.)*

21. [ ] No NICS check was required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS. *(See Instructions for Question 21.)*

| Issuing State and Permit Type | Date of Issuance *(if any)* | Expiration Date *(if any)* | Permit Number *(if any)* |
|---|---|---|---|
| | | | |

### Section C - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section A, the transferee/buyer must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 22 and 23.)*

I certify that my answers to the questions in Section A of this form are still true, correct, and complete.

| 22. Transferee's/Buyer's Signature | 23. Recertification Date |
|---|---|
| *[signature]* | 7/26/19 |

Transferor/Seller Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

**Section D - Must Be Completed By Transferor/Seller Even If The Firearm(s) Is Not Transferred**

| 24. Manufacturer and Importer (If any) (If the manufacturer and importer are different, the FFL must include both.) | 25. Model (If Designated) | 26. Serial Number | 27. Type (See Instructions for Question 27.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| 1. TAURUS | G2C | TMA81872 | PISTOL | 9MM |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

29. Total Number of Firearms Transferred (Please handwrite by printing e.g., zero, one, two, three, etc. Do not use numerals.) **ONE**

30. Check if any part of this transaction is a pawn redemption. ☐ Line Number(s) From Question 24 Above:

31. For Use by Licensee (See Instructions for Question 31.) **304 240-6426**

32. Check if this transaction is to facilitate a private party transfer. ☐ (See Instructions for Question 32.)

33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (Must contain at least first three and last five digits of FFL Number X-XX-XXXXX.) (Hand stamp may be used.)

Fraziers Pawn Shop
922 N. Queen St.
Martinsburg WV 25404

**4-55-003-02-8H-01768**

The Person Transferring The Firearm(s) Must Complete Questions 34-37.
For Denied/Cancelled Transactions, the Person Who Completed Section B Must Complete Questions 34-36.

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections B and D is true, correct, and complete; and (3) this entire transaction record has been completed at my licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. 922(c). Unless this transaction has been denied or cancelled, I further certify on the basis of — (1) the transferee's/buyer's responses in Section A (and Section C, if applicable); (2) my verification of the identification recorded in question 18 (and my re-verification at the time of transfer, if Section C was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

| 34. Transferor's/Seller's Name (Please print) | 35. Transferor's/Seller's Signature | 36. Transferor's/Seller's Title | 37. Date Transferred |
|---|---|---|---|
| David Frazier | [signature] | Owner | 7-26-19 |

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See ATF Publication 5300.5, State Laws and Published Ordinances.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in section 922(c), 27 CFR 478.96(b), and ATF Procedure 2013-2.

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained for at least 20 years and after that period may be submitted to ATF. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not completed after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his/her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical (by name of transferee) or chronological (by date of transferee's certification) order.

If the transferor/seller or the transferee/buyer discovers that an ATF Form 4473 is incomplete or improperly completed after the firearm has been transferred, and the transferor/seller or the transferee/buyer wishes to correct the omission(s) or error(s), photocopy the inaccurate form and make any necessary additions or revisions to the photocopy. The transferor/seller should only make changes to Sections B and D. The transferee/buyer should only make changes to Section A and C. Whoever made the changes should initial and date the changes. The corrected photocopy should be attached to the original Form 4473 and retained as part of the transferor's/seller's permanent records.

**Exportation of Firearms:** The State or Commerce Departments may require a firearms exporter to obtain a license prior to export. **Warning:** Any person who exports a firearm without proper authorization may be fined not more than $1,000,000 and/or imprisoned for not more than 20 years. See 22 U.S.C. 2778(c).

### Section A

The transferee/buyer must personally complete Section A of this form and certify (sign) that the answers are true, correct, and complete. However, if the transferee/buyer is unable to read and/or write, the answers (other than the signature) may be completed by another person, excluding the transferor/seller. Two persons (other than the transferor/seller) must then sign as witnesses to the transferee's/buyer's answers and signature/certification in question 14.

ATF Form 4473 (5300.9)
Revised October 2016

Page 3 of 6

US00000378

erson has been granted relief by the adjudicating/committing
ualifying mental health relief from disabilities program. Also,
has been adjudicated as a mental defective or committed to a me
by a department or agency of Federal Government is not prohibited
lication or commitment if either: (a) the person's adjudication or co
was set-aside or expunged by the adjudicating/committing agency;
n has been fully released or discharged from all mandatory treatmen
sion, or monitoring by the agency; (c) the person was found by the
longer suffer from the mental health condition that served as the b
itial adjudication/commitment; or (d) the adjudication or commitm
ctively, is based solely on a medical finding of disability, without a
y for a hearing by a court, board, commission, or other lawful autho
erson has not been adjudicated as a mental defective consistent with
g)(4) of title 18, United States Code; (e) the person was granted reli
djudicating/committing agency pursuant to a qualified mental healt
 disabilities program. Persons who fall within one of the above c
should answer "no" to question 11.f. This exception to an adjud
mmitment by a Federal department or agency does not apply to any
was adjudicated to be not guilty by reason of insanity, or based on
tal responsibility, or found incompetent to stand trial, in any crimin
r the Uniform Code of Military Justice.

stion 11.h. **Qualifying Restraining Orders:** Under 18 U.S.C. 922
not be sold to or received by persons subject to a court order that:
ed after a hearing which the person received actual notice of and ha
ortunity to participate in; (B) restrains such person from harassing, s
reatening an intimate partner or child of such intimate partner or pe
ngaging in other conduct that would place an intimate partner in rea
of bodily injury to the partner or child; and (C)(i) includes a finding
 person represents a credible threat to the physical safety of such in
ner or child; or (ii) by its terms explicitly prohibits the use, attempte
atened use of physical force against such intimate partner or child th
onably be expected to cause bodily injury. An "intimate partner" of
he spouse or former spouse of the person, the parent of a child of th
n individual who cohabitates or has cohabitated with the person.

estion 11.i. **Misdemeanor Crime of Domestic Violence:** A Federa
l, or tribal offense that is a misdemeanor under Federal, State, or tri
has, as an element, the use or attempted use of physical force, or the
d use of a deadly weapon, committed by a current or former spouse,
guardian of the victim, by a person with whom the victim shares a ch
mon, by a person who is cohabitating with, or has cohabited with th
 spouse, parent, or guardian, or by a person similarly situated to a sp
ent, or guardian of the victim. The term includes all misdemeanors
n element the use or attempted use of physical force or the threaten
eadly weapon (e.g., assault and battery), if the offense is committed
defined parties. (See Exception to 11.b. - 12.) A person who has bee
ted of a misdemeanor crime of domestic violence also is not prohibit
s: (1) the person was represented by a lawyer or gave up the right to
(2) if the person was entitled to a jury, was tried by a jury, or gave up
 jury trial. Persons subject to this exception should answer **"no"** to

testion 12.d. **Immigration Status:** An alien admitted to the United
der a nonimmigrant visa includes, among others, persons visiting the
tes temporarily for business or pleasure, persons studying in the Unitec
o maintain a residence abroad, and certain temporary foreign worker
ens must answer "yes" to this question and provide the additional do
n required under question 18.c. Permanent resident aliens and aliens
mitted to the United States pursuant to either the Visa Waiver Progra
gulations otherwise exempting them from visa requirements may ans
this question and are not required to submit the additional document
der question 18.c.

uestion 13. **U.S.-issued Alien Number or Admission Number:** U.S.-issued
ien and admission numbers may be found on the following U.S. Department of
omeland Security documents: Legal Resident Card or Employment Authoriza-
n Card (AR# or USCIS#); Arrival/Departure Record, Form I94, or Form 797A
94#). Additional information can be obtained from www.cbp.gov. If you are a
.S. citizen or U.S. national then this question should be left blank.

uestion 14. Under 18 U.S.C. 922(a)(1), it is unlawful for a person to engage
the business of dealing in firearms without a license. A person is engaged in
e business of dealing in firearms if he/she devotes time, attention, and labor to
ealing in firearms as a regular course of trade or business with the principal

age 5 of 6



IN 05/20/2019

**Question 18.c. Exceptions to the Nonimmigrant Alien Prohibition and Accept-
able Documentation:** An alien admitted to the United States under a nonimmigrant
visa is not prohibited from purchasing, receiving, or possessing a firearm if the alien:
(1) is in possession of a hunting license or permit lawfully issued by the Federal
Government, a State or local government, or an Indian tribe federally recognized
by the Bureau of Indian Affairs, which is valid and unexpired; (2) was admitted to
the United States for lawful hunting or sporting purposes; (3) has received a waiver
from the prohibition from the Attorney General of the United States; (4) is an official
representative of a foreign government who is accredited to the United States Gov-
ernment or the Government's mission to an international organization having its

ATF Form 4473 (5300.9)
Revised October 2016