# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

In the Matter of Final Notice of Denial of )
Renewal Application of Federal Firearms )
License Under Chapter 44, Title 18, )          **WASHINGTON**
United States Code, as a Pawnbroker in )       **FIELD DIVISION**
Firearms Other than Destructive Devices )
                                         )
Licensee:                                )
                                         )
Mr. David Frazier II, d/b/a              )
Frazier's Pawn Shop                      )
922 N. Queen Street                      )
Martinsburg, West Virginia 25404         )
_____  )

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop. The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice. Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia. That stay is hereby **GRANTED**, subject to the following conditions and limitations –

This stay shall be in effect only through and including January 22, 2020;

Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

10-31-19
_____
Date

_____
Michael F. Fronczak
Director of Industry Operations
Washington Field Division

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

| | | |
|---|---|---|
| In the Matter of Final Notice of Denial of | ) | |
| Renewal Application of Federal Firearms | ) | |
| License Under Chapter 44, Title 18, | ) | **WASHINGTON** |
| United States Code, as a Pawnbroker in | ) | **FIELD DIVISION** |
| Firearms Other than Destructive Devices | ) | |
| | ) | |
| Licensee: | ) | |
| | ) | |
| Mr. David Frazier II, d/b/a | ) | |
| Frazier's Pawn Shop | ) | |
| 922 N. Queen Street | ) | |
| Martinsburg, West Virginia 25404 | ) | |
| _____ | ) | |

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop.  The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice.  Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia.  That stay was granted and was in effect through and including January 22, 2020.

On or about January 21, 2020, Mr. Frazier, through counsel, requested an extension on the previously granted stay.  That extension request is hereby **GRANTED**, subject to the following conditions and limitations –

This stay shall be in effect only through and including February 21, 2020;

Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

1/21/20
_____
Date

_____
Michael F. Fronczak
Director of Industry Operations
Washington Field Division

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

In the Matter of Final Notice of Denial of  )
Renewal Application of Federal Firearms  )
License Under Chapter 44, Title 18,  )    **WASHINGTON**
United States Code, as a Pawnbroker in  )    **FIELD DIVISION**
Firearms Other than Destructive Devices  )
                             )
Licensee:  )
                             )
Mr. David Frazier II, d/b/a  )
Frazier's Pawn Shop  )
922 N. Queen Street  )
Martinsburg, West Virginia 25404  )
_____)

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop. The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice. Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia. That stay was granted and was in effect through and including January 22, 2020.

On or about January 21, 2020, Mr. Frazier, through counsel, requested an extension on the previously granted stay. That extension request was granted and was in effect through and including February 21, 2020.

On or about February 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay. That extension request is hereby **GRANTED**, subject to the following conditions and limitations –

    This stay shall be in effect only through and including March 22, 2020;

Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

2-21-20
_____
Date

_____
Michael F. Fronczak
Director of Industry Operations
Washington Field Division

**DEPARTMENT OF JUSTICE**
**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**

| | | |
|---|---|---|
| In the Matter of Final Notice of Denial of | ) | |
| Renewal Application of Federal Firearms | ) | |
| License Under Chapter 44, Title 18, | ) | **WASHINGTON** |
| United States Code, as a Pawnbroker in | ) | **FIELD DIVISION** |
| Firearms Other than Destructive Devices | ) | |
| | ) | |
| Licensee: | ) | |
| | ) | |
| Mr. David Frazier II, d/b/a | ) | |
| Frazier's Pawn Shop | ) | |
| 922 N. Queen Street | ) | |
| Martinsburg, West Virginia 25404 | ) | |
| _____ | ) | |

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop.  The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice.  Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia.  That stay was granted and was in effect through and including January 22, 2020.

On or about January 21, 2020, Mr. Frazier, through counsel, requested an extension on the previously granted stay.  That extension request was granted and was in effect through and including February 21, 2020.

On or about February 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay.  That extension request was granted and was in effect through and including March 22, 2020.

On or about March 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay.  That extension request is hereby **GRANTED**, subject to the following conditions and limitations –

This stay shall be in effect only through and including April 21, 2020;

2

Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

3/19/20
Date

Michael F. Fronczak
Director of Industry Operations
Washington Field Division

## DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

| | | |
|---|---|---|
| In the Matter of Final Notice of Denial of | ) | |
| Renewal Application of Federal Firearms | ) | |
| License Under Chapter 44, Title 18, | ) | **WASHINGTON** |
| United States Code, as a Pawnbroker in | ) | **FIELD DIVISION** |
| Firearms Other than Destructive Devices | ) | |
| | ) | |
| Licensee: | ) | |
| | ) | |
| Mr. David Frazier II, d/b/a | ) | |
| Frazier's Pawn Shop | ) | |
| 922 N. Queen Street | ) | |
| Martinsburg, West Virginia 25404 | ) | |
| _____ | ) | |

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop.  The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice.  Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia.  That stay was granted and was in effect through and including January 22, 2020.

On or about January 21, 2020, Mr. Frazier, through counsel, requested an extension on the previously granted stay.  That extension request was granted and was in effect through and including February 21, 2020.

On or about February 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay.  That extension request was granted and was in effect through and including March 22, 2020.

On or about March 19, 2020, Mr. Frazier, through counsel requested another extension on the previously granted stay.  That extension was granted and was in effect through and including April 21, 2020.

On or about April 21, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay.  That extension is hereby **GRANTED**, subject to the following conditions and limitations –

2

This stay shall be in effect only through and including May 21, 2020;

Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

4/21/20
Date

Michael F. Fronczak
Director of Industry Operations
Washington Field Division

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

In the Matter of Final Notice of Denial of    )
Renewal Application of Federal Firearms       )
License Under Chapter 44, Title 18,           )          **WASHINGTON**
United States Code, as a Pawnbroker in        )          **FIELD DIVISION**
Firearms Other than Destructive Devices       )
                                              )
Licensee:                                     )
                                              )
Mr. David Frazier II, d/b/a                   )
Frazier's Pawn Shop                           )
922 N. Queen Street                           )
Martinsburg, West Virginia 25404              )
_____     )

On or about October 8, 2019, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) issued a Final Notice of Denial of Application, Revocation, Suspension and/or Fine of Firearms License, ATF Form 5300.13, to Mr. David Frazier II, d/b/a Frazier's Pawn Shop. The Notice advised Mr. Frazier that his Federal license as a pawnbroker in firearms, license number 4-55-003-02-8H-01768, would be revoked 60 days after receipt of the Final Notice. Mr. Frazier received the Final Notice on October 10, 2019.

On or about October 24, 2019, Mr. Frazier requested a stay of the effective date of the denial of renewal application pending a *de novo* judicial review in the United States District Court for the Northern District of West Virginia. That stay was granted and was in effect through and including January 22, 2020.

On or about January 21, 2020, Mr. Frazier, through counsel, requested an extension on the previously granted stay. That extension request was granted and was in effect through and including February 21, 2020.

On or about February 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay. That extension request was granted and was in effect through and including March 22, 2020.

On or about March 19, 2020, Mr. Frazier, through counsel requested another extension on the previously granted stay. That extension was granted and was in effect through and including April 21, 2020.

On or about April 21, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay. That extension was granted and was in effect through and including May 21, 2020.

2

On or about May 19, 2020, Mr. Frazier, through counsel, requested another extension on the previously granted stay.  That extension is hereby **GRANTED**, subject to the following conditions and limitations –

    This stay shall be in effect only through and including June 21, 2020;

    Mr. Frazier remains legally obligated to follow all Federal laws and regulations applicable to federal firearms licensees, including the record keeping requirements prescribed under 27 C.F.R., Parts 478 and 479, while this stay remains in effect.

5/19/20
_____
Date

_____
Michael F. Fronczak
Director of Industry Operations
Washington Field Division