## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Michael Fronczak, Director, Industry Operations, Washington Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, hereby certify that the accompanying documents constitute the official administrative record for ATF's denial of a Federal firearms license renewal application submitted by David Frazier, II d/b/a Frazier's Pawn Shop.

Dated: February 12, 2020          Signed: _____