## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DAVID FRAZIER, II, d/b/a**
**FRAZIER'S PAWN SHOP,**

       **Petitioner,**

**v.**                                  **Civil Action No.   3:19-cv-00208**

**MICHAEL F. FRONCZAK,**
**Director of Industry Operations**
**Washington Field Division**
**Bureau of Alcohol, Tobacco,**
**Firearms and Explosives,**

       **Respondent,**

### RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

Respondent, by and through counsel, William J. Powell, United States Attorney for the Northern District of  West Virginia, and Erin K. Reisenweber, Assistant United States Attorney for said District, respectfully moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.   The grounds for Respondent's Motion are supported by the Administrative Record and are more fully set forth in the Memorandum of Law filed herewith.

                                  Respectfully submitted,

                                  WILLIAM J. POWELL
                                  United States Attorney

            By:     *Erin K. Reisenweber*
                    Erin K. Reisenweber
                    Assistant United States Attorney
                    217 West King Street, Suite 400
                    Martinsburg, West Virginia 25401
                    (304) 262-0590 telephone
                    (304) 262-0591 fax
                    Erin.Reisenweber@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2020, I electronically filed the foregoing **MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which will send notice of such to all counsel of record.

<u>/s/ *Erin K. Reisenweber*</u>
Erin K. Reisenweber
Assistant United States Attorney
United States Attorney's Office
217 West King Street, Suite 400
Martinsburg, WV 25401
Phone:  (304) 262-0590
Fax:  (304) 262-0591
Erin.Reisenweber@usdoj.gov